| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JVJ Pharamcy Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba University Chemists** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-1251497** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**74 University Place**<br>**New York, NY**     ZIPCODE **10003** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)(4/10)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **JVJ Pharamcy Inc.** | Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: **None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)                       Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)
_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)(4/10)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**JVJ Pharamcy Inc.**

| Signatures |
|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Fred S. Kantrow**
Signature of Attorney for Debtor(s)

**Fred S. Kantrow**
**Law Offices of Avrum J. Rosen**
**38 New Street**
**Huntington, NY  11743**
**(631) 423-8527**
**fkantrow@avrumrosenlaw.com**

**November  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James F. Zambri**
Signature of Authorized Individual

**James F. Zambri**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  3, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

11-15126-reg    Doc 1    Filed 11/03/11    Entered 11/03/11 11:01:11    Main Document
United States Bankruptcy Court
Southern District of New York
Pg 4 of 12

| IN RE: | | | Case No. _____ |
|---|---|---|---|
| JVJ Pharamcy Inc. | | | Chapter **11** |
| Debtor(s) | | | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **PNC Bank**<br>PO Box 828702<br>Philadelphia, PA  19182-8702 | **LeClairRyan**<br>One Riverfront Plaza, 16th Floor<br>Newark, NJ  07102 | **Bank loan** | | 3,000,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>3,000,000.00 |
| **Bank Of America**<br>2970 Transit Road<br>West Seneca, NY  14224 | **Meyner And Landis LLP**<br>One Gateway Center, Suite 2500<br>Newark, NJ  07102 | **Bank loan** | | 1,500,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>1,500,000.00 |
| **Amerisource Bergen**<br>5100 Jaindl Blvd<br>Bethlehem, PA  18017-9434 | **Zimmet Bieber LLP**<br>437 Madison Avenue, 40th Floor<br>New York, NY  10022 | **Trade debt** | | 601,158.59 |
| **PNC Bank**<br>One PNC Plaza<br>Pittsburgh, PA | **LeClairRyan**<br>One Riverfront Plaza, 16th Floor<br>Newark, NJ  07102 | **accountant** | | 411,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>411,000.00 |
| **Rochester Drug**<br>50 Jet View Drive<br>Rochester, NY  14624 | | **Trade debt** | | 200,000.00 |
| **H.D. Smith Wholesale Drug Company Inc.**<br>670 Belleville Tpke<br>Kearny, NJ  07032 | | **Trade debt** | | 180,000.00 |
| **PNC Bank**<br>PO Box 828702<br>Philadelphia, PA  19182-8702 | | **Trade debt** | | 150,098.00 |
| **Cardinal Health**<br>6012 Molloy Road<br>Syracuse, NY  13211 | | **Trade debt** | **Disputed** | 50,000.00 |
| **Bio Solutions**<br>345 International Blvd, Suite 400<br>Brooke, KY  40109 | | **Trade debt** | | 38,001.98 |
| **American Express**<br>PO Box 2855<br>New York, NY  10116 | | **Trade debt** | | 33,000.00 |
| **Smith Medical Partners LLC**<br>950 Lively Blvd<br>Wood Dale, IL  60191 | | **Trade debt** | | 8,259.54 |
| **FFF Enterprises**<br>41093 County Center Drive<br>Temecula, CA  92591 | | **Trade debt** | | 5,257.50 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| **Fair & Levitt LLC**<br>84 Bloomfield Avenue<br>Pine Brook, NJ  07058 | **legal fees** | **3,877.27** |
| **Garfunkel Wild PC**<br>111 Great Neck Road<br>Great Neck, NY  11021 | **legal fees** | **3,100.01** |
| **The Joint Commission**<br>PO Box 92775<br>Chicago, IL  60675-2775 | **Trade debt** | **2,935.00** |
| **OPUS-ISM LLC**<br>34 Maple Avenue<br>Pine Brook, NJ  07058 | **Trade debt** | **2,667.67** |
| **Air Craft Air Conditioning Corp**<br>237 58th Street<br>Brooklyn, NY  11220 | **Trade debt** | **2,500.00** |
| **Quill**<br>PO Box 37600<br>Philadelphia, PA  19101 | **Trade debt** | **1,859.46** |
| **Solgar Vitamins**<br>500 Willow Tree Road<br>Leonia, NJ  07605 | **Trade debt** | **1,500.00** |
| **ScriptPro USA Inc**<br>5828 Reeds Road<br>Mission, KS  66202-2740 | **Trade debt** | **1,379.18** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November  3, 2011**          Signature:   **/s/ *James F. Zambri***

                                **James F. Zambri, President**
                                (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:  Case No. _____

**JVJ Pharamcy Inc.**  Chapter **11**

Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 3, 2011**   Signature: **/s/ James F. Zambri**
                                        **James F. Zambri, President**                             Debtor

Date: _____   Signature: _____
                                                                                          Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
ADT Security Services Inc
PO Box 371967
Pittsburgh, PA  15250-7967


Advanced Orthopaedics
326 Main Street
Harleysville, PA  19438


Agelity
115 Broad Hollow Road, Suite 325
Melville, NY  11747


Air Craft Air Conditioning Corp
237 58th Street
Brooklyn, NY  11220


American Express
PO Box 2855
New York, NY  10116


Amerisource Bergen
5100 Jaindl Blvd
Bethlehem, PA  18017-9434


Apothecary Products Inc.
11750 12th Avenue South
Burnsville, MN  55337


Bank Of America
2970 Transit Road
West Seneca, NY  14224


BDI Pharma
120 Research Drive
Columbia, SC  29203
```

```
Bio Solutions
345 International Blvd, Suite 400
Brooke, KY   40109


Cardinal Health
6012 Molloy Road
Syracuse, NY   13211


Classic Recycling New York Corp
409 River Road, Suite 1
Clifton, NJ   07014


Coast To Coast Computer Products
4277 Valley Fair Street
Simi Valley, CA   93063


Datel Software Solutions
PO Box 337
Murrysville, PA   15668


Elizabeth Lynch
C/O Bonnist & Cutro LLP
800 Westchester Avenue, Suite S-332
Rye Brook, NY   10573


Fair & Levitt LLC
84 Bloomfield Avenue
Pine Brook, NJ   07058


FFF Enterprises
41093 County Center Drive
Temecula, CA   92591


Garfunkel Wild PC
111 Great Neck Road
Great Neck, NY   11021
```

```
H&H Wholesale
1099 Rochester Road
Troy, MI   48083


H.D. Smith Wholesale Drug Company Inc.
670 Belleville Tpke
Kearny, NJ   07032


Health Trans
8300 East Maplewood Avenue, Suite 100
Greenwood Village, CO   80111


Hudson News Distributors
5903 West Side Avenue
North Bergen, NJ   07047


Internal Revenue Service
PO Box 2126
Philadelphia, PA   19114


Jenny Derkack
C/O Reinback Aronow Mascolo Miller LLP
111 Livingston Avenue
New Brunswick, NJ   08901


Lazar Mechanical Corp
75 Sullivan Street
New York, NY   10012


LeClairRyan
One Riverfront Plaza, 16th Floor
Newark, NJ   07102


Liberty Pest Control
8220 17th Avenue
Brooklyn, NY   11214
```

```
McKesson Pharmacy Systems, LLC
PO Box 633924
Cincinnati, OH   45263-3924


Metaenics
PO Box 415774
Boston, MA   02241-5774


Meyner And Landis LLP
One Gateway Center, Suite 2500
Newark, NJ   07102


New York City Department Of Finance
Parking Violations
PO Box 3600 Church Street Station
New York, NY   10008


New York State Department Of Taxation
Queens District Office
8002 Kew Gardens Road
Kew Gardens, NY   11415


OPUS-ISM LLC
34 Maple Avenue
Pine Brook, NJ   07058


Ortho-Feet
152A Veterans Drive
Northvale, NJ   07647


Pacific Resources Int.
1021 Mark Avenue
Carpinteria, CA   93013
```

```
Paetec
600 Willowbrook Office Park
Fairport, NY   14450


Paramount RX Inc.
2054 Kildaire Farm Road #403
Cary, NC   27518


PNC Bank
PO Box 828702
Philadelphia, PA   19182-8702


Price & Price Enterprises Inc.
181 South Franklin Avenue #603
Valley Stream, NY   11581


Quill
PO Box 37600
Philadelphia, PA   19101


Rochester Drug
50 Jet View Drive
Rochester, NY   14624


Sav-Rx Advantage
224 North Park Avenue
Fremont, NE   68025


ScriptPro USA Inc
5828 Reeds Road
Mission, KS   66202-2740


Smith Medical Partners LLC
950 Lively Blvd
Wood Dale, IL   60191
```

```
Solgar Vitamins
500 Willow Tree Road
Leonia, NJ   07605


The Joint Commission
PO Box 92775
Chicago, IL   60675-2775


The Meter Reading Service
201 E 94th Street
Brooklyn, NY   11212


Two Point Conversions Inc
1800 W Larchmont, Suite 2W
Chicago, IL   60613


Uline
2200 S Lakeside Drive
Waukegan, IL   60085


UPS
PO Box 650580
Dallas, TX   75265


USSNutrition
2100 Smithtown Avenue
Ronkonkoma, NY   11779


Vitalize Labs LLC
151 Mercer Street
New York, NY   10012


Zimmet Bieber LLP
437 Madison Avenue, 40th Floor
New York, NY   10022
```