B6D (Official Form 6D) (12/07)

IN RE **JVJ Pharamcy Inc.**                             Case No. _____
                        Debtor(s)                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **18-157867** **Bank Of America** **2970 Transit Road** **West Seneca, NY 14224** | | | **line of credit** <br><br> VALUE $ | | | | **1,500,000.00** | **1,500,000.00** |
| ACCOUNT NO. **Meyner And Landis LLP** **One Gateway Center, Suite 2500** **Newark, NJ 07102** | | | **Assignee or other notification for: Bank Of America** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **604869765** **PNC Bank** **One PNC Plaza** **Pittsburgh, PA** | | | **bank loan** <br><br> VALUE $ | | | | **411,000.00** | **411,000.00** |
| ACCOUNT NO. **LeClairRyan** **One Riverfront Plaza, 16th Floor** **Newark, NJ 07102** | | | **Assignee or other notification for: PNC Bank** <br><br> VALUE $ | | | | | |

_____**1** continuation sheets attached

Subtotal (Total of this page) $ **1,911,000.00**  $ **1,911,000.00**

Total (Use only on last page) $              $
(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE JVJ Pharamcy Inc.                                              Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 604858464 <br> **PNC Bank** <br> **PO Box 828702** <br> **Philadelphia, PA 19182-8702** | | | **line of credit** <br><br> VALUE $ | | | | **3,000,000.00** | **3,000,000.00** |
| ACCOUNT NO. <br> **LeClairRyan** <br> **One Riverfront Plaza, 16th Floor** <br> **Newark, NJ 07102** | | | **Assignee or other notification for: PNC Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **3,000,000.00** $ **3,000,000.00**

Total (Use only on last page) $ **4,911,000.00** $ **4,911,000.00**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE JVJ Pharamcy Inc.                                                                 Case No. _____
           Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **JVJ Pharamcy Inc.**  Case No. _____
                Debtor(s)                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **56335692** <br> **ADT Security Services Inc** <br> **PO Box 371967** <br> **Pittsburgh, PA 15250-7967** | | | **trade debt** | | | | **705.10** |
| ACCOUNT NO. **11882** <br> **Advanced Orthopaedics** <br> **326 Main Street** <br> **Harleysville, PA 19438** | | | **trade debt** | | | | **191.79** |
| ACCOUNT NO. **10108085** <br> **Agelity** <br> **115 Broad Hollow Road, Suite 325** <br> **Melville, NY 11747** | | | **trade debt** | | | | **211.60** |
| ACCOUNT NO. <br> **Air Craft Air Conditioning Corp** <br> **237 58th Street** <br> **Brooklyn, NY 11220** | | | **trade debt** | | | | **2,500.00** |

___**7**___ continuation sheets attached

Subtotal (Total of this page) $ **3,608.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **JVJ Pharamcy Inc.**     Case No. _____
          Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **914009**<br>**American Express**<br>**PO Box 2855**<br>**New York, NY 10116** | | | **trade debt** | | | | **33,000.00** |
| ACCOUNT NO. **50815485**<br>**Amerisource Bergen**<br>**5100 Jaindl Blvd**<br>**Bethlehem, PA 18017-9434** | | | **trade debt** | | | | **601,158.59** |
| ACCOUNT NO.<br>**Zimmet Bieber LLP**<br>**437 Madison Avenue, 40th Floor**<br>**New York, NY 10022** | | | **Assignee or other notification for: Amerisource Bergen** | | | | |
| ACCOUNT NO.<br>**Apothecary Products Inc.**<br>**11750 12th Avenue South**<br>**Burnsville, MN 55337** | | | **trade debt** | | | | **1,142.56** |
| ACCOUNT NO.<br>**BDI Pharma**<br>**120 Research Drive**<br>**Columbia, SC 29203** | | | | | | | **0.00** |
| ACCOUNT NO. **15011487123**<br>**Bio Solutions**<br>**345 International Blvd, Suite 400**<br>**Brooke, KY 40109** | | | **trade debt** | | | | **38,001.98** |
| ACCOUNT NO.<br>**Cardinal Health**<br>**6012 Molloy Road**<br>**Syracuse, NY 13211** | | | **trade debt** | | | X | **50,000.00** |

Sheet no. ___**1**___ of ___**7**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **723,303.13**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **JVJ Pharamcy Inc.** _____ Case No. _____
                                      Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Classic Recycling New York Corp**<br>**409 River Road, Suite 1**<br>**Clifton, NJ 07014** | | | **trade debt** | | | | **428.70** |
| ACCOUNT NO. **166100**<br>**Coast To Coast Computer Products**<br>**4277 Valley Fair Street**<br>**Simi Valley, CA 93063** | | | **trade debt** | | | | **578.00** |
| ACCOUNT NO.<br>**Datel Software Solutions**<br>**PO Box 337**<br>**Murrysville, PA 15668** | | | **trade debt** | | | | **267.00** |
| ACCOUNT NO.<br>**Elizabeth Lynch**<br>**C/O Bonnist & Cutro LLP**<br>**800 Westchester Avenue, Suite S-332**<br>**Rye Brook, NY 10573** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Fair & Levitt LLC**<br>**84 Bloomfield Avenue**<br>**Pine Brook, NJ 07058** | | | **trade debt** | | | | **3,877.27** |
| ACCOUNT NO. **5834776**<br>**FFF Enterprises**<br>**41093 County Center Drive**<br>**Temecula, CA 92591** | | | **trade debt** | | | | **5,257.50** |
| ACCOUNT NO.<br>**Garfunkel Wild PC**<br>**111 Great Neck Road**<br>**Great Neck, NY 11021** | | | **legal fees** | | | | **3,100.01** |

Sheet no. **2** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,508.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **JVJ Pharamcy Inc.** Case No. _____
                           Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**H&H Wholesale**<br>**1099 Rochester Road**<br>**Troy, MI  48083** | | | **trade debt** | | | | **911.16** |
| ACCOUNT NO.<br>**H.D. Smith Wholesale Drug Company Inc.**<br>**670 Belleville Tpke**<br>**Kearny, NJ  07032** | | | **trade debt** | | | | **180,000.00** |
| ACCOUNT NO. **510115405**<br>**Health Trans**<br>**8300 East Maplewood Avenue, Suite 100**<br>**Greenwood Village, CO  80111** | | | **trade debt** | | | | **20.75** |
| ACCOUNT NO. **41772**<br>**Hudson News Distributors**<br>**5903 West Side Avenue**<br>**North Bergen, NJ  07047** | | | | | | | **1,278.70** |
| ACCOUNT NO.<br>**Jenny Derkack**<br>**C/O Reinback Aronow Mascolo Miller LLP**<br>**111 Livingston Avenue**<br>**New Brunswick, NJ  08901** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Lazar Mechanical Corp**<br>**75 Sullivan Street**<br>**New York, NY  10012** | | | **trade debt** | | | | **157.87** |
| ACCOUNT NO. **7316**<br>**Liberty Pest Control**<br>**8220 17th Avenue**<br>**Brooklyn, NY  11214** | | | **trade debt** | | | | **163.30** |

Sheet no. **3** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **182,531.78**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **JVJ Pharamcy Inc.** _____ Case No. _____
                                Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00001531**<br>**McKesson Pharmacy Systems, LLC**<br>**PO Box 633924**<br>**Cincinnati, OH  45263-3924** | | | **trade debt** | | | | **116.40** |
| ACCOUNT NO. **STE610-91**<br>**Metaenics**<br>**PO Box 415774**<br>**Boston, MA  02241-5774** | | | **trade debt** | | | | **134.15** |
| ACCOUNT NO.<br>**New York City Department Of Finance**<br>**Parking Violations**<br>**PO Box 3600 Church Street Station**<br>**New York, NY  10008** | | | **fines** | | | | **125.00** |
| ACCOUNT NO. **00334**<br>**OPUS-ISM LLC**<br>**34 Maple Avenue**<br>**Pine Brook, NJ  07058** | | | **trade debt** | | | | **2,667.67** |
| ACCOUNT NO.<br>**Ortho-Feet**<br>**152A Veterans Drive**<br>**Northvale, NJ  07647** | | | **trade debt** | | | | **76.00** |
| ACCOUNT NO.<br>**Pacific Resources Int.**<br>**1021 Mark Avenue**<br>**Carpinteria, CA  93013** | | | **trade debt** | | | | **148.42** |
| ACCOUNT NO. **4596933**<br>**Paetec**<br>**600 Willowbrook Office Park**<br>**Fairport, NY  14450** | | | **trade debt** | | | | **1,347.47** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,615.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **JVJ Pharamcy Inc.** _____ Case No. _____
                                                 Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **P3302748** <br> **Paramount RX Inc.** <br> **2054 Kildaire Farm Road #403** <br> **Cary, NC 27518** | | | **trade debt** | | | | **10.80** |
| ACCOUNT NO. **02203308** <br> **PNC Bank** <br> **PO Box 828702** <br> **Philadelphia, PA 19182-8702** | | | **trade debt** | | | | **150,098.00** |
| ACCOUNT NO. **JVJPH-1** <br> **Price & Price Enterprises Inc.** <br> **181 South Franklin Avenue #603** <br> **Valley Stream, NY 11581** | | | **trade debt** | | | | **250.00** |
| ACCOUNT NO. **05170218** <br> **Quill** <br> **PO Box 37600** <br> **Philadelphia, PA 19101** | | | **trade debt** | | | | **1,859.46** |
| ACCOUNT NO. <br> **Rochester Drug** <br> **50 Jet View Drive** <br> **Rochester, NY 14624** | | | **trade debt** | | | | **200,000.00** |
| ACCOUNT NO. **3302748** <br> **Sav-Rx Advantage** <br> **224 North Park Avenue** <br> **Fremont, NE 68025** | | | **trade debt** | | | | **10.00** |
| ACCOUNT NO. **1897** <br> **ScriptPro USA Inc** <br> **5828 Reeds Road** <br> **Mission, KS 66202-2740** | | | **trade debt** | | | | **1,379.18** |

Sheet no. _____**5**_ of _____**7**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **353,607.44**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **JVJ Pharamcy Inc.** _____ Case No. _____
                                Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30350307**<br>**Smith Medical Partners LLC**<br>**950 Lively Blvd**<br>**Wood Dale, IL 60191** | | | **trade debt** | | | | **8,259.54** |
| ACCOUNT NO.<br>**Solgar Vitamins**<br>**500 Willow Tree Road**<br>**Leonia, NJ 07605** | | | **trade debt** | | | | **1,500.00** |
| ACCOUNT NO. **468928**<br>**The Joint Commission**<br>**PO Box 92775**<br>**Chicago, IL 60675-2775** | | | **trade debt** | | | | **2,935.00** |
| ACCOUNT NO.<br>**The Meter Reading Service**<br>**201 E 94th Street**<br>**Brooklyn, NY 11212** | | | **trade debt** | | | | **106.73** |
| ACCOUNT NO. **UNIV CHEM**<br>**Two Point Conversions Inc**<br>**1800 W Larchmont, Suite 2W**<br>**Chicago, IL 60613** | | | **trade debt** | | | | **1,375.00** |
| ACCOUNT NO. **3515967**<br>**Uline**<br>**2200 S Lakeside Drive**<br>**Waukegan, IL 60085** | | | **trade debt** | | | | **111.93** |
| ACCOUNT NO. **F34Y59**<br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** | | | **trade debt** | | | | **20.00** |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **14,308.20**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **JVJ Pharamcy Inc.** _____ Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **733029** <br> **USSNutrition** <br> **2100 Smithtown Avenue** <br> **Ronkonkoma, NY 11779** | | | trade debt | | | X | **unknown** |
| ACCOUNT NO. <br> **Vitalize Labs LLC** <br> **151 Mercer Street** <br> **New York, NY 10012** | | | trade debt | | | | **69.76** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **7** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **69.76**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,295,552.39**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only